IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| VIRGINIA L. CHESLEY, ) | |
| ) | |
| Plaintiff, ) | 4:05CV3126 |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | ORDER |
| Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on plaintiff's motion for leave to proceed *in forma pauperis* (Filing No. 3). The Court has reviewed the statement in support of request to proceed *in forma pauperis* and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. This action shall be filed at no cost to plaintiff pursuant to 28 U.S.C. § 1915(a)(1).

DATED this 21st day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court